```
union bank of ca
8155 mercury court m711
san diego ca 92111

california pines rec properties/fivona
4800 n.scottsdale rd.
scottsdaleaz.85251

montery
4095 avenida de la plata
oceanside ca,92056

southern ca edison
p o box 750
rosemead ca,91770

blair
307 liberty st.
warren pa. 16366

capital one
4851 cox road
glen allen virgina 23060

providian
p o box 66049
dallas tx.75266

fnb omaha uboc
1620 dodge st.
mail stop 3099
omaha ne. 68197

providian
p.o. box 9007
plesanton, ca. 94566

capital one bank
4851 cox road
glen allen virginia 23060

dmccb
17600 n. perimeter dr.
scottsdale az. 85255


fingerhut
16 mcelland rd
saint cloud minn. 56303
```

```
house hold bank
p.o. box98706
las vegas, nv. 89193

laughing associates
2533 n. carson st
carson city nv. 89706

direct merchants bank
p. o. box 29468
pheonix az. 85038

enterprize auto rental
1991 e, ventura blvd.
oxnard, ca. 93036

sam,s club
box 29116
shawnee mission, kanas ,66201

revcare inc/ st johns
5400 orange ave.
cypress ca 90630

verizon
700 longwater drive
norwell, ma. 02061

grant webber/ox camrillo radiology
26575 w. agoura rd.
calabasas, ca 91302

together of oxnard/universal data services
box 131269
carlsbad, ca. 92013

household/orchard bank
midland management co
577 roscoe court
san diego, ca. 92123

providian/ unifund ccr partners
10625 teachwood circle
cinn, ohio 45242

fidelity/ coastal fic. group
4410 western ave
glenwood ca. 91201

adelphia/ cmi
4200 intl. parkway
carrollton tx.75007
```

```
at&t /allied interstate
15 hazelwood  dr # 102
amherst, ny. 14288


internal revenue service
( TO BE ADDED BY US BANKRUPTCY COURT)
```